1
2
3
4
5
6
7
8
9
10
11
12
13
14

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SANDRO VILLANUEVA, | ) Case No. CV 14-1510-BRO (JPR) |
| | ) |
| Petitioner, | ) |
| | ) ORDER ACCEPTING FINDINGS AND |
| vs. | ) RECOMMENDATIONS OF U.S. |
| | ) MAGISTRATE JUDGE |
| PEOPLE OF STATE OF | ) |
| CALIFORNIA, | ) |
| | ) |
| Respondent. | ) |

15    Pursuant to 28 U.S.C. § 636, the Court has reviewed the
16  Petition and First Amended Petition, records on file, and Report
17  and Recommendation of the U.S. Magistrate Judge.  No objections
18  to the Report and Recommendation have been filed.  The Court
19  accepts the findings and recommendations of the Magistrate Judge.
20    IT THEREFORE IS ORDERED that the petition is denied,
21  Petitioner's request for appointment of counsel is denied, and
22  Judgment be entered dismissing this action without prejudice.

23
24  DATED: September 23, 2014    _____
25                               BEVERLY REID O'CONNELL
                                 U.S. DISTRICT JUDGE
26
27
28