**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SANDRO VILLANUEVA, | ) Case No. CV 14-1510-BRO (JPR) |
| Petitioner, | ) |
| vs. | ) **J U D G M E N T** |
| PEOPLE OF STATE OF CALIFORNIA, | ) |
| Respondent. | ) |

Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: September 23, 2014

_____
BEVERLY REID O'CONNELL
U.S. DISTRICT JUDGE